UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Steve Martin, et al.

                Plaintiffs,

        v.

City of New York,

                Defendant.

------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2015**

SECOND
ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

14-cv-8950 (TPG)(AJP)

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | JURY SELECTION |
| | | ____ | HABEAS CORPUS |
| _X_ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ | SETTLEMENT * |
| | | _X_ | OTHER |
| | | | Fairness Hearing and attorney's fees (see doc. No. 66) |

Dated: November 24, 2015
New York, New York

SO ORDERED:

*/s/ Thomas P. Griesa*
United States District Judge