# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEVEN MARTIN, et al.** )<br>)<br>  **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CITY OF NEW YORK, NEW YORK** )<br>)<br>  **Defendant.** ) | 14 Civ. 8950 (TPG-AJP) |

### DECLARATION OF GREGORY K. McGILLIVARY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

I, Gregory K. McGillivary, hereby declare under penalty of perjury and affirm as follows:

1. I am a partner in the law firm Woodley & McGillivary, LLP. I serve as co-lead counsel for the plaintiffs in this action. I submit this declaration in support of plaintiffs' Supplemental Motion for Approval of Settlement Agreement.

2. On December 29, 2015, I filed a Memorandum of Law in Support of Supplemental Motion for Approval of Settlement Agreement. A true and correct copy of Plaintiffs' Memorandum of Law in Support of Supplemental Motion for Approval of Settlement Agreement is attached hereto as Exhibit A.

3. On November 20, 2015, I filed an Agreed Order of Dismissal with Prejudice whereby the plaintiffs and defendant jointly requested approval of their Settlement Agreement and for the Court to dismiss the case with prejudice. A true and correct copy of the Proposed Order is attached hereto as Exhibit B.

4. On October 21, 2015, our firm sent a letter to each plaintiff notifying them that counsel received their consent form and reminding them of important details of the lawsuit, including the applicable statute of limitations, counsel's willingness to pursue the case to trial,

and how plaintiffs could access the confidential website. The letter also served to remind plaintiffs about the terms of the contingent fee agreement that each of them signed upon joining the lawsuit. True and correct copies of the letters sent to plaintiffs Gloria Brown and Karen Haines are attached hereto as Exhibits C and H.

5.  In mid-November 2015, our firm sent a letter to each plaintiff notifying them that the parties had reached a tentative settlement agreement. The letter detailed the terms of the settlement, explained the process for approving the settlement, and advised the plaintiff to carefully review the information that would be used to calculate their damages. True and correct copies of the letters sent to plaintiffs Gloria Brown and Karen Haines are attached hereto as Exhibits D and I.

6.  Our firm attached a document to the settlement agreement notification for each plaintiff. The attachment showed how their personal recovery period was calculated. True and correct copies of the letters sent to plaintiffs Gloria Brown and Karen Haines are attached hereto as Exhibits E and J.

7.  On December 4, 2015, our firm sent a letter to each plaintiff notifying them of the fairness hearing on December 21, 2015. The letter informed each plaintiff that they had the right to object to the settlement agreement, in which case our firm would continue to represent them. The letter also directed them to our confidential webpage on which appeared an explanation of the settlement and the settlement agreement itself with a listing of each plaintiffs' backpay, liquidated damages, and FLSA compensatory time hours. True and correct copies of the letters sent to plaintiffs Gloria Brown and Karen Haines are attached hereto as Exhibits F and K.

8.  On December 23, 2015, our firm sent a letter to each plaintiff notifying them of the second fairness hearing on January 8, 2016, informing them that the City had agreed to pay

statutory attorneys' fees, and informing them of the specific amount of attorneys' fees that would be taken out of each plaintiffs' damages pursuant to their common fund contingent fee agreement. The letter reminded each plaintiff of his or her right to object. True and correct copies of the letters sent to plaintiffs Gloria Brown and Karen Haines are attached hereto as Exhibits G and L.

9. The original 327 plaintiffs each signed a Request to Become Party Plaintiff and a Contingent Fee Retainer Agreement. The contingent fee agreement specified that the plaintiff agreed to pay plaintiff's counsel 30% of the plaintiff's total gross recovery "inclusive of attorneys' fees recovered from defendants." A true and correct copy of Karen Haines' consent form is attached hereto as Exhibit M.

10. On December 4, 2015, plaintiffs' counsel posted an update on their website notifying plaintiffs of the basic terms of the settlement agreement as well as informing them of the upcoming fairness hearing on December 21, 2015. The update reminded each plaintiff regarding the terms of their retainer agreements and reminded them that they had the right to object to the settlement agreement, in which case our firm would continue to represent them. A true and correct copy of the website update is attached hereto as Exhibit N.

11. On December 15, 2015, plaintiffs' counsel posted an update on their website notifying plaintiffs that the fairness hearing had been rescheduled for December 16, 2015. As of December 16, 2015, plaintiffs' counsel and defendant's counsel were close to an agreement on the amount the City agreed to pay for attorneys' fees but had not yet reached a final agreement. The update reminded plaintiffs of the basic terms of the settlement agreement. The update also reminded each plaintiff regarding the terms of their retainer agreements and reminded them that

they had the right to object to the settlement agreement, in which case our firm would continue to represent them. A true and correct copy of the website update is attached hereto as Exhibit O.

12. On December 23, 2015, plaintiffs' counsel updated the website again to inform the plaintiffs of the January 8, 2016 fairness hearing and also to provide the plaintiffs with a listing of the amount of gross damages that they would receive after the 19.4% of their damages was paid pursuant to the contingent fee agreement to which they had agreed. A true and correct copy of the website update is attached hereto as Exhibit P.

Dated: December 29, 2015  /s/ Gregory K. McGillivary
Gregory K. McGillivary (SSN: 0280)
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
(202) 833-8855
(202) 452-1090 (Facsimile)
gkm@wmlaborlaw.com