MEMO ENDORSED ORDER, 14 Civ. 8950

The Court is prepared to approve the settlement as fair to the plaintiffs, except as to the method of calculating attorneys' fees. A fair fee would be 30% of the plaintiffs' recovery (paid out of the "Fund" after deduction of the amount counsel receives in statutory fees from the City), not 30% of the total of the plaintiffs' recovery and the statutory attorneys' fees paid by the City. If counsel agrees to this modification, the Court can approve the settlement, and would not need to have the conference on January 8. Please advise the Court ASAP.

Dated: New York, NY
       January 4, 2016

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ECF: All Counsel

BY ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/4/16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MARTIN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 14 Civ. 8950 (TPG-AJP) |
| ) | |
| CITY OF NEW YORK, NEW YORK ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum in Support of Supplemental Motion for Approval of Settlement Agreement, dated December 29, 2015, and upon all pleadings and proceedings herein, the undersigned moves this Court, before the Honorable Andrew J. Peck, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, to approve the parties' settlement agreement; award damages, attorney's fees, and other costs in accordance with the terms of said agreement; and dismiss the case with prejudice, and for such other relief as the Court may deem just and proper.

**MEMO ENDORSED 1/4/16 - ATTACHED**

Defendant's counsel does not oppose this motion.

Dated: December 29, 2015　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Gregory K. McGillivary
　　　　　　　　　　　　　　　　　　Gregory K. McGillivary (SSN: 0280)
　　　　　　　　　　　　　　　　　　WOODLEY & McGILLIVARY LLP
　　　　　　　　　　　　　　　　　　1101 Vermont Ave., NW
　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　(202) 833-8855
　　　　　　　　　　　　　　　　　　(202) 452-1090 (Facsimile)
　　　　　　　　　　　　　　　　　　gkm@wmlaborlaw.com


　　　　　　　　　　　　　　　　　　/s/ Hope Pordy
　　　　　　　　　　　　　　　　　　Hope Pordy (HP 6253)
　　　　　　　　　　　　　　　　　　SPIVAK LIPTON LLP
　　　　　　　　　　　　　　　　　　1700 Broadway
　　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　　New York, N.Y. 10019
　　　　　　　　　　　　　　　　　　Phone: (212) 765-2100
　　　　　　　　　　　　　　　　　　hpordy@spivaklipton.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Notice of Supplemental Motion for Final Court Approval of the Settlement Agreement and accompanying documents were served on the following individuals on December 29, 2015 by filing the document on the Court's ECF system:

Andrea O'Connor, Assistant Corporation Counsel of the City of New York
Sean Robert Renaghan, New York City Law Department
100 Church Street
New York, New York 10007
(212) 356-4015


/s/   Gregory K. McGillivary
Gregory K. McGillivary
WOODLEY & McGILLIVARY LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
(202) 833-8855
(202) 452-1090 (Facsimile)
gkm@wmlaborlaw.com