IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE MARTIN *et al*, <br><br> Plaintiffs, <br> v. <br><br> CITY OF NEW YORK, NEW YORK <br><br> Defendant. | ~~SETTLEMENT AGREEMENT~~ <br> 14 Civ. 8950 (TPG)(AJP) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 1/5/16 |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case having come before the Court upon the joint request of Plaintiffs and

AP [Dkt Nos 66, 69 & 75]

Defendant, the Court having been advised of and considered the Settlement Agreement, dated

November 20, 2015, entered into by and among Plaintiffs and Defendant that has resulted from

AP the Court having held a fairness hearing on 12/16/15,

arm's length settlement negotiations, and, upon the joint application of Plaintiffs and Defendant,

by their Attorneys, seeking review and approval by the Court thereof, and the entire record

therein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The court approves and adopts as stated the terms of the Settlement

AP as modified by the Court's 1/4/16 Memo Endorsed Order of Pls' Plaintiffs'

Agreement entered into between the parties to the instant action, recognizing that there has been

and there is no admission of liability by Defendant, same being expressly denied, but as it

reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties

AP thereto, and in accordance with law, inc. the 2d Circuit's Cheeks decision.

as modified (Dkt Nos 78-79)

2. Consistent with the Settlement Agreement, this action is hereby dismissed

AP The 1/8/16 conference is cancelled.

with respect to the Plaintiffs, with prejudice. The Court will retain jurisdiction over the parties to

(Counsel's 1/5/16 Letter (Dkt Nos. 78-79))

the Agreement for the purpose of interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this 5th day of January, 2016

_____
Andrew J. Peck
United States Magistrate Judge

HON. ANDREW J. [PECK]
United States Magistrate Judge
Southern District of New York

Copies ECF: All Counsel